# EXHIBIT A

## PROPERTY DESCRIPTION

"EXHIBIT A"
PROPERTY DESCRIPTION

The following described land is located in Sections 13 and 27 of Township 13 South, Range 19 East, St. James Parish, Louisiana, to-wit:

A certain tract of land described as the Property Belonging to Union Pacific Railroad Company consisting of 2.942 acres situated in the Parish of St. James, State of Louisiana, and more particularly described as follows, to-wit:

Commencing at the U.S. C.E. O.M. Monument "Wetherow" having a Louisiana South Zone NAD 83 coordinate of N=546,119.59, E=3,471,494.70;

Thence South 11 degrees 27 minutes 23 seconds West, a distance of 4,142.42 feet to a Found 3/4" iron Rod, said point being at the intersection of the southerly Railroad Right of Way and the northwestern Boundary Line of the Property Belonging to Union Pacific Railroad Company, and shall be designated as the "POINT OF BEGINNING" and labeled P.O.B.;

Thence South 62 degrees 22 minutes 49 seconds West, a distance of 210.00 feet to a Found 3/4" iron Rod;

Thence North 49 degrees 20 minutes 11 seconds West a distance of 521.19 feet to a Found 1" iron Pipe;

Thence North 49 degrees 20 minutes 11 seconds West a distance of 375.81 feet to a Found 1" iron Pipe;

Thence North 62 degrees 23 minutes 49 seconds East, a distance of 210.00 feet to a Found 1" iron Pipe located on the southerly Railroad Right of Way;

Thence along said southerly Railroad Right of Way South 49 degrees 20 minutes 11 seconds East a distance of 521.97 feet to a Found 1" Iron Pipe;

Then continuing along said southerly Railroad Right of Way South 49 degrees 20 minutes 11 seconds East a distance of 375.03 feet to a Found 3/4" Iron Rod designated as the "POINT OF BEGINNING" and labeled P.O.B.

EXHIBIT A

**EXHIBIT A**

**ST. JAMES PARISH, LOUISIANA, PROPERTY**
**LEGAL DESCRIPTION**

THE FOLLOWING DESCRIBED LANDS LOCATED IN SECTIONS 55, 56, 57, 58 AND 59 OF TOWNSHIP 11 SOUTH, RANGE 16 EAST, AND SECTIONS 5, 6, 7, 8, 9, 34, 35, 36, 40, 41, 38, 39, 77, 78 AND 79 OF TOWNSHIP 12 SOUTH, RANGE 16 EAST, ST. JAMES PARISH, LOUISIANA, TO-WIT:

A CERTAIN TRACT OF LAND COMPRISING ACADIA PLANTATION AND A PORTION OF WINCHESTER PLANTATION, SITUATED IN THE PARISH OF ST. JAMES, STATE OF LOUISIANA, AND MORE PARTICULARLY DESCRIBED AS FOLLOWS, TO-WIT:

COMMENCING AT A POINT N 3° DEGREES 13'13" E, A DISTANCE OF 2,406.3 FEET FROM USC & GS MONUMENT "WINCHESTER", SAID POINT BEING AT THE INTERSECTION OF THE DIVISION LINE BETWEEN THE UPPER TWO THIRDS AND THE LOWER ONE THIRD PORTION OF THE COMBINED AREAS OF ACADIA & WINCHESTER PLANTATIONS WITH THE MEAN LOW WATER LINE OF THE MISSISSIPPI RIVER AS PER T BAKER SMITH & SON INC., DECEMBER, 1973 AND BEING THE POINT OF BEGINNING;

THENCE, S 39 DEGREES 44'03" W ALONG THE DIVISION LINE BETWEEN THE UPPER TWO THIRDS AND THE LOWER ONE THIRD OF SAID PLANTATIONS, A DISTANCE OF 9,301.39 FEET TO A POINT ON THE NORTHEASTERLY PROPERTY LINE OF THE TEXAS & PACIFIC RAILWAY CO. PROPERTY;

THENCE, N 49 DEGREES 27'46" W ALONG SAID PROPERTY LINE A DISTANCE OF 631.57 FEET TO A POINT ON THE NORTHWESTERLY PROPERTY LINE OF THE TEXAS & PACIFIC RAILWAY CO. PROPERTY;

THENCE, S 40 DEGREES 37'08" W ALONG SAID PROPERTY LINE A DISTANCE OF 100 FEET TO A POINT ON THE SOUTHWESTERLY PROPERTY LINE OF THE TEXAS & PACIFIC RAILWAY CO PROPERTY;

THENCE, S 49 DEGREES 22'46" E ALONG SAID PROPERTY LINE A DISTANCE OF 579.61 FEET TO A POINT ON THE DIVISION LINE BETWEEN THE LOWER ONE THIRD AND THE UPPER TWO THIRDS OF SAID PLANTATIONS;

THENCE, S 39 DEGREES 44'03" W ALONG SAID DIVISION LINE A DISTANCE OF 9,449.52 FEET TO A POINT ON THE LOWER BACK PROPERTY LINE;

THENCE, N 61 DEGREES 04'53" W ALONG THE LOWER BACK PROPERTY LINE, A DISTANCE OF 3,994.52 FEET TO A POINT;

THENCE, N 34 DEGREES 19'13" E ALONG SAID PROPERTY LINE A DISTANCE OF 1,710.21 FEET TO A POINT;

THENCE, N 42 DEGREES 39'15" W ALONG SAID PROPERTY LINE A DISTANCE OF 2,311.00 FEET TO A POINT ON THE UPPER PROPERTY LINE OF THE UPPER TWO THIRDS OF SAID PLANTATIONS;

THENCE, N 23 DEGREES 47'53" E ALONG THE UPPER PROPERTY LINE OF THE UPPER TWO THIRDS OF SAID PLANTATIONS A DISTANCE OF 19,571.24 FEET TO A POINT ON THE SOUTHERLY BEAM

A-1



"EXHIBIT A"

PROPERTY DESCRIPTION

REAL PROPERTY IN THE PARISH OF SAINT JAMES, STATE OF LOUISIANA, DESCRIBED AS FOLLOWS:

THE FOLLOWING DESCRIBED LANDS LOCATED IN SECTIONS 55, 56, 57, 58 AND 59 OF TOWNSHIP, 11 SOUTH, RANGE 15 EAST, AND SECTIONS 5, 6, 7, 8, 9, 24, 25, 27, 40, 41, 32, 39, 77, 78 AND 79 OF TOWNSHIP 12 SOUTH, RANGE 13 EAST, ST. JAMES PARISH, LOUISIANA, TO-WIT:

A CERTAIN TRACT OF LAND COMPRISING ACADIA PLANTATION AND A PORTION OF WINCHESTER PLANTATION, SITUATED IN THE PARISH OF ST. JAMES, STATE OF LOUISIANA, AND MORE PARTICULARLY DESCRIBED AS FOLLOWS, TO-WIT:

COMMENCING AT A POINT N 37 DEGREES 18'12" E, A DISTANCE OF 5456.42 FEET FROM U.S C & G.S MONUMENT "WINCHESTER", SAID POINT BEING AT THE INTERSECTION OF THE DIVISION LINE BETWEEN THE UPPER TWO THIRDS AND THE LOWER ONE THIRD PORTION OF THE COMBINED AREAS OF ACADIA & WINCHESTER PLANTATIONS WITH THE MEAN LOW WATER LINE OF THE MISSISSIPPI RIVER AS PER T BAKER SMITH & SON INC., DECEMBER, 1973 AND BEING THE POINT OF BEGINNING;

THENCE, S 29 DEGREES 44'48" W ALONG THE DIVISION LINE BETWEEN THE UPPER TWO THIRDS AND THE LOWER ONE THIRD OF SAID PLANTATIONS, A DISTANCE OF 9,201.39 FEET TO A POINT ON THE NORTHEASTERLY PROPERTY, LINE OF THE TEXAS & PACIFIC RAILWAY CO. PROPERTY;

THENCE, N 49 DEGREES 27'44" W ALONG SAID PROPERTY LINE A DISTANCE OF 121.97 FEET TO A POINT ON THE NORTHWESTERLY PROPERTY LINE OF THE TEXAS & PACIFIC RAILWAY CO. PROPERTY;

THENCE, S 49 DEGREES 17'15" W ALONG SAID PROPERTY LINE A DISTANCE OF 100 FEET TO A POINT ON THE SOUTHWESTERLY PROPERTY LINE OF THE TEXAS & PACIFIC RAILWAY CO PROPERTY;

THENCE, S 49 DEGREES 22'44" E ALONG SAID PROPERTY LINE A DISTANCE OF 879.41 FEET TO A POINT ON THE DIVISION LINE BETWEEN THE LOWER ONE THIRD AND THE UPPER TWO THIRDS OF SAID PLANTATIONS;

THENCE, S 29 DEGREES 44'48" W ALONG SAID DIVISION LINE A DISTANCE OF 9,448.52 FEET TO A POINT ON THE LOWER BACK PROPERTY LINE;

THENCE, N 61 DEGREES 0'32" W ALONG THE LOWER BACK PROPERTY LINE, A DISTANCE OF 2,894.48 FEET TO A POINT;

THENCE, N 34 DEGREES 59'33" E ALONG SAID PROPERTY LINE A DISTANCE OF 1,770.21 FEET TO A POINT;

THENCE, N 42 DEGREES 29'15" W ALONG SAID PROPERTY LINE A DISTANCE OF 2,311.03 FEET TO A POINT ON THE UPPER PROPERTY LINE OF THE UPPER TWO THIRDS OF SAID PLANTATIONS;

THENCE, N 34 DEGREES 47'48" E ALONG THE UPPER PROPERTY LINE OF THE UPPER TWO THIRDS OF SAID PLANTATIONS A DISTANCE OF

A-1

17,171.30 FEET TO A POINT ON THE SOUTHERLY MEAN LOW WATER LINE OF THE MISSISSIPPI RIVER AS PER T. BAKER SMITH & SON, INC., DECEMBER, 1973;

THENCE, ALONG SAID MEAN LOW WATER LINE AS FOLLOWS:

S 19 DEGREES 40'27" E, A DISTANCE OF 80.03 FEET TO A POINT;

S 24 DEGREES 38'41" E A DISTANCE OF 314.19 FEET TO A POINT;

S 29 DEGREES 03'37" E, A DISTANCE OF 30.13 FEET TO A POINT;

S 31 DEGREES 04'31" E, A DISTANCE OF 258.91 FEET TO A POINT;

S 38 DEGREES 00'01" E, A DISTANCE OF 259.19 FEET TO THE POINT OF BEGINNING AND CONTAINING AN AREA OF 1,560.73 ACRES, MORE OR LESS, ALL AS MORE FULLY SHOWN ON A MAP PREPARED BY T. BAKER SMITH & SON, INC., DATED DECEMBER 14, 1973 AND REVISED SEPTEMBER 25, 1974 AND TITLED, "SOUTHDOWN LAND COMPANY SURVEY OF ACADIA & WINCHESTER PLANTATIONS LOCATED IN SECTIONS 35, 36, 37, 38, 39 & 40, T11S-R15E AND 4, 5, 6, 7, 8, 9, 14, 15, 17, 22, 31, 32, 41, 46, 47, 71, 72 & 73, T12S-R15E, ST. JAMES PARISH, LOUISIANA", A COPY OF WHICH MAP IS ATTACHED TO THE NOVEMBER 15, 1974 PARTITION BETWEEN SOUTHDOWN LAND COMPANY AND WHITNEY NATIONAL BANK OF NEW ORLEANS, RECORDED IN C.O.B. 172, FOLIO 701, ENTRY NO 49204 OF THE RECORDS OF ST. JAMES PARISH, LOUISIANA, LESS AND EXCEPT PARCEL 6-1 AS DESCRIBED IN THE AUGUST 3, 1990 CONVEYANCE TO STATE OF LOUISIANA, DEPARTMENT OF HIGHWAYS RECORDED IN C.O.B. 215, FOLIO 155, ENTRY NO. 58497 OF SAID RECORDS DESCRIBED AS FOLLOWS:

BEING ALL OF THE CAPTIONED PROPERTY LYING WITHIN 150 FEET TO THE LEFT OR NORTHEASTERLY SIDE OF THE SURVEYED CENTERLINE OF STATE PROJECT NO 424-02-16, EXTENDING FROM ITS NORTHWESTERLY PROPERTY LINE, WHICH INTERSECTS THE SAID CENTERLINE AT HIGHWAY SURVEY STATION 557+49, TO TO ITS SOUTHEASTERLY PROPERTY LINE WHICH INTERSECTS THE SAID CENTERLINE AT HIGHWAY SURVEY STATION 589+48. ALSO INCLUDED HEREIN IS ALL OF THE CAPTIONED PROPERTY LYING TO THE RIGHT OR SOUTHWESTERLY SIDE OF THE SAID CENTERLINE AND BEING MORE PARTICULARLY DESCRIBED, TO-WIT: BEING ALL OF THE CAPTIONED PROPERTY LYING WITHIN 150 FEET TO THE RIGHT, OR SOUTHWESTERLY SIDE OF THE SAID CENTERLINE EXTENDING FROM ITS NORTHWESTERLY PROPERTY LINE, WHICH INTERSECTS THE SAID CENTERLINE AT HIGHWAY SURVEY STATION 557+49 TO ITS SOUTHEASTERLY PROPERTY LINE WHICH INTERSECTS THE SAID PROJECT CENTERLINE AT HIGHWAY SURVEY STATION 589+48, BEING A PORTION OF THE CAPTIONED PROPERTY ACQUIRED BY ACT RECORDED NOVEMBER 25, 1974, IN C.O.B. 172, FOLIO 617 OF THE CONVEYANCE RECORDS OF ST. JAMES PARISH, STATE OF LOUISIANA.

A-3

EXHIBIT C

(Description of the Land)

THE FOLLOWING DESCRIBED LANDS LOCATED IN SECTIONS 53, 56, 57, 58 AND 59 OF TOWNSHIP, 11 SOUTH, RANGE 15 EAST, AND SECTIONS 5, 6, 7, 8, 9, 34, 35, 37, 40, 41, 35, 36, 77, 78 AND 79 OF TOWNSHIP 12 SOUTH, RANGE 15 EAST, ST. JAMES PARISH, LOUISIANA, TO-WIT:

A CERTAIN TRACT OF LAND COMPRISING ACADIA PLANTATION AND A PORTION OF WINCHESTER PLANTATION, SITUATED IN THE PARISH OF ST. JAMES, STATE OF LOUISIANA, AND MORE PARTICULARLY DESCRIBED AS FOLLOWS, TO-WIT:

COMMENCING AT A POINT N 37 DEGREES 18'12" E, A DISTANCE OF 5,456.43 FEET FROM U.S C & G.S MONUMENT "WINCHESTER", SAID POINT BEING AT THE INTERSECTION OF THE DIVISION LINE BETWEEN THE UPPER TWO THIRDS AND THE LOWER ONE THIRD PORTION OF THE COMBINED AREAS OF ACADIA & WINCHESTER PLANTATIONS WITH THE MEAN LOW WATER LINE OF THE MISSISSIPPI RIVER, AS PER T BAKER SMITH & SON INC., DECEMBER, 1973 AND BEING THE POINT OF BEGINNING;

THENCE, S 29 DEGREES 44'0" W ALONG THE DIVISION LINE BETWEEN THE UPPER TWO THIRDS AND THE LOWER ONE THIRD OF SAID PLANTATIONS, A DISTANCE OF 9,201.39 FEET TO A POINT ON THE NORTHEASTERLY PROPERTY, LINE OF THE TEXAS & PACIFIC RAILWAY CO. PROPERTY;

THENCE, N 49 DEGREES 22'40" W ALONG SAID PROPERTY LINE A DISTANCE OF 811.97 FEET TO A POINT ON THE NORTHWESTERLY PROPERTY LINE OF THE TEXAS & PACIFIC RAILWAY CO. PROPERTY;

THENCE, S 49 DEGREES 37'16" W ALONG SAID PROPERTY LINE A DISTANCE OF 300 FEET TO A POINT ON THE SOUTHWESTERLY PROPERTY LINE OF THE TEXAS & PACIFIC RAILWAY CO PROPERTY;

THENCE, S 49 DEGREES 22'40" E ALONG SAID PROPERTY LINE A DISTANCE OF 879.61 FEET TO A POINT ON THE DIVISION LINE BETWEEN THE LOWER ONE THIRD AND THE UPPER TWO THIRDS OF SAID PLANTATIONS;

THENCE, S 29 DEGREES 44'0" W ALONG SAID DIVISION LINE A DISTANCE OF 9,448.52 FEET TO A POINT ON THE LOWER BACK PROPERTY LINE;

THENCE, N 61 DEGREES 04'32" W ALONG THE LOWER BACK PROPERTY LINE, A DISTANCE OF 2,894.48 FEET TO A POINT;

THENCE, N 34 DEGREES 59'31" E ALONG SAID PROPERTY LINE A DISTANCE OF 1,770.21 FEET TO A POINT;

THENCE, N 43 DEGREES 29'15" W ALONG SAID PROPERTY LINE A DISTANCE OF 3,311.50 FEET TO A POINT ON THE UPPER PROPERTY LINE OF THE UPPER TWO THIRDS OF SAID PLANTATIONS;

THENCE, N 38 DEGREES 47'0" E ALONG THE UPPER PROPERTY LINE OF THE UPPER TWO THIRDS OF SAID PLANTATIONS A DISTANCE OF 17,571.34 FEET TO A POINT ON THE SOUTHERLY MEAN LOW WATER LINE OF THE MISSISSIPPI RIVER AS PER T. BAKER SMITH & SON, INC., DECEMBER, 1973;

THENCE, ALONG SAID MEAN LOW WATER LINE AS FOLLOWS:

S 29 DEGREES 46'37" E, A DISTANCE OF 822.83 FEET TO A POINT;

S 36 DEGREES 58'41" E A DISTANCE OF 514.19 FEET TO A POINT;

S 39 DEGREES 03'37" E, A DISTANCE OF 503.35 FEET TO A POINT;

S 31 DEGREES 04'31" E, A DISTANCE OF 303.91 FEET TO A POINT;

S 38 DEGREES 03'01" E, A DISTANCE OF 232.19 FEET TO THE POINT OF BEGINNING AND CONTAINING AN AREA OF 1,569.73 ACRES, MORE OR LESS, ALL AS MORE FULLY SHOWN ON A MAP PREPARED BY T. BAKER SMITH & SON, INC. DATED DECEMBER 14, 1973 AND REVISED SEPTEMBER 25, 1974 AND TITLED, "SOUTHDOWN LAND COMPANY SURVEY OF ACADIA & WINCHESTER PLANTATIONS LOCATED IN SECTIONS 55, 56, 57, 58, 59 & 61, T11S-R15E AND 4, 5, 6, 7, 8, 9, 24, 25, 27, 32, 38, 39, 40, 41, 47, 72, 78 & 79, T12S-R15E, ST. JAMES PARISH, LOUISIANA", A COPY OF WHICH MAP IS ATTACHED TO THE NOVEMBER 15, 1974 PARTITION BETWEEN SOUTHDOWN LAND COMPANY AND WHITNEY NATIONAL BANK OF NEW ORLEANS RECORDED IN C.O.B. 173, FOLIO 757, ENTRY NO 40034 OF THE RECORDS OF ST. JAMES PARISH, LOUISIANA, LESS AND EXCEPT PARCEL 6-1 AS DESCRIBED IN THE AUGUST 2, 1979 CONVEYANCE TO STATE OF LOUISIANA DEPARTMENT OF HIGHWAYS RECORDED IN C.O.B. 216, FOLIO 153, ENTRY NO. 51497 OF SAID RECORDS DESCRIBED AS FOLLOWS:

BEING ALL OF THE CAPTIONED PROPERTY LYING WITHIN 150 FEET TO THE LEFT OR NORTHEASTERLY SIDE OF THE SURVEYED CENTERLINE OF STATE PROJECT NO 423-01-03, EXTENDING FROM ITS NORTHWESTERLY PROPERTY LINE, WHICH INTERSECTS THE SAID CENTERLINE AT HIGHWAY SURVEY STATION 520+57.10 TO ITS SOUTHEASTERLY PROPERTY LINE WHICH INTERSECTS THE SAID CENTERLINE AT HIGHWAY SURVEY STATION 563+49; ALSO INCLUDED HEREIN IS ALL OF THE CAPTIONED PROPERTY LYING TO THE RIGHT OR SOUTHWESTERLY SIDE OF THE SAID CENTERLINE AND BEING MORE PARTICULARLY DESCRIBED, TO-WIT: BEING ALL OF THE CAPTIONED PROPERTY LYING WITHIN 150 FEET TO THE RIGHT, OR SOUTHWESTERLY SIDE OF THE SAID CENTERLINE EXTENDING FROM ITS NORTHWESTERLY PROPERTY LINE, WHICH INTERSECTS THE SAID CENTERLINE AT HIGHWAY SURVEY STATION 520+57.00 TO ITS SOUTHEASTERLY PROPERTY LINE WHICH INTERSECTS THE SAID PROJECT CENTERLINE AT HIGHWAY SURVEY STATION 563+49, BEING A PORTION OF THE CAPTIONED PROPERTY ACQUIRED BY ACT RECORDED NOVEMBER 20, 1974, IN C.O.B. 173, FOLIO 827 OF THE CONVEYANCE RECORDS OF ST. JAMES PARISH, STATE OF LOUISIANA.