## St. James Parish Recording Page

**Shane M. LeBlanc**
**Clerk of Court**
PO Box 63
5800 Highway 44
Convent, LA 70723
(225) 562-2270

**Received From:**
SIMON, PERGRINE, SMITH & REDFEARN
ENERGY CENTRE 30TH FLOOR
1100 POYDRAS STREET
NEW ORLENAS, LA 70163

**First MORTGAGOR**
FG LA, LLC

**First MORTGAGEE**
VOLKERT, INC.

| Index Type: | MORTGAGE | Inst #: 183030 |
|---|---|---|
| Type of Document: LIEN | | Book: 525    Page: 337 |
| Recording Pages: | 9 | |

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for St. James Parish, Louisiana.

On (Recorded Date): 09/21/2020

At (Recorded Time): 10:27:09AM


Deputy Clerk

Doc ID - 002111470009

Return To:  SIMON, PERGRINE, SMITH & REDFEARN
ENERGY CENTRE 30TH FLOOR
1100 POYDRAS STREET
NEW ORLENAS, LA 70163

Do not Detach this Recording Page from Original Document


EXHIBIT D

STATE OF LOUISIANA

PARISH OF East Baton Rouge

STATEMENT OF CLAIM & PRIVILEGE

| | |
|---|---|
| **Claimant:** | Volkert, Inc.<br>7967 Office Park Blvd.<br>Baton Rouge, Louisiana 70809 |
| **Project:** | Bridge over Union Pacific Railroad, Sunshine Project, St. James Parish, Louisiana |
| **Owner:** | FG LA, LLC<br>301 Main Street, Suite 2000<br>Baton Rouge, Louisiana 70825 |
| **Contractor:** | Coastal Bridge Company, LLC<br>PO Box 14715<br>Baton Rouge, Louisiana 70898 |

BEFORE ME, the undersigned notary, personally came and appeared:

Janet L. Evans, P.E.

who, after being duly sworn, did depose and state as follows:

1. I am the Vice President of Claimant, and in that capacity I am authorized to act for Claimant and to execute this Statement of Claim and Privilege on behalf of Claimant.

2. Claimant entered into a contract with Contractor (the "Contract") to provide and did in fact provide design services including road, bridge, drainage, electrical, and lighting design for the Project, which Project is located on the property more fully described on **Exhibit A** attached hereto and made a part hereof.

3. The total amount Claimant was to be paid under the Contract was $1,500,000.00 plus change orders in the amount of $100,648.00 for a total amount of $1,600,648.00, of which $962,195.71 has been earned and only $270,000.00 has been paid. There is therefore presently due and owing to Claimant by Contractor the principal amount of **Six Hundred Ninety Two Thousand One Hundred Ninety Five and 71/100 Dollars ($692,195.71)** for the foregoing services provided by Claimant to Contractor in connection with the Project, plus interest, attorney's fees and costs for preparing and filing this Statement of Claim and Privilege. Said amount is past due and owing and not subject to any credits.

4. This Statement of Claim and Privilege is made for the purpose of preserving the claims and privilege in favor of Claimant under the Louisiana Private Works Act, R.S. 9:4801, *et seq.*; and to the extent necessary, shall be used to send a Claim to Contractor's Surety, Nationwide Mutual Insurance Company, under its "Design-Build Payment Bond".

Volkert, Inc.

By: _____

Name: Janet L. Evans
Title: Vice President

Sworn to and subscribed before me
this 17th day of September, 2020.

_____
Notary Public

TERESA L. GALLEGOS
NOTARY PUBLIC
NOTARY #83240
STATE OF LOUISIANA
My Commission Expires
At Death

00880171-6

# EXHIBIT A
## PROPERTY DESCRIPTION

**"EXHIBIT A"**
**PROPERTY DESCRIPTION**

The following described land located in Sections 23 and 27 of Township 18 South, Range 15 East, St. James Parish, Louisiana, to-wit:

A certain tract of land described on the Property Survey by Union Pacific Railroad Company entitled V-6-3 more particularly set forth at St. James, Parish of Louisiana, and more particularly described as follows, to-wit:

Commencing at the U.S. C.&G.S. Monument "Windsor" having a Latitude Louisiana South Zone NAD 83 coordinate of N 584,158.74, E 1,476,868.72;

Thus, South 11 degrees 33 minutes 21 seconds West a distance of 4,104.48 feet to a Found 3/4" Iron Rod, said point being at the intersection of the southerly Railroad Right of Way and the westerly boundary of Lot of the Property belonging to Union Pacific Railroad Company, and shall be designated as the "POINT OF BEGINNING" and labeled P.O.B.;

Thus, South 40 degrees 32 minutes 23 seconds West a distance of 709.80 feet to a Found 3/4" Iron Rod;

Thus, North 49 degrees 23 minutes 11 seconds West a distance of 193.93 feet to a Found 1" Iron Pipe;

Thus, North 40 degrees 39 minutes 11 seconds West a distance of 237.63 feet to a Found 1" Iron Pipe;

Thus, North 40 degrees 23 minutes 23 seconds 43 seconds feet a distance of 2799.01 feet to a Found 1" Iron Pipe located on the southerly Railroad Right of Way;

Thus, along said southerly Railroad Right of Way South 49 degrees 36 minutes 11 seconds East a distance of 3933.97 feet to a Found 3/4" Iron Rod;

Thus encircling along said southerly Railroad Right of Way South 40 degrees 23 minutes 11 seconds East a distance of 709.41 feet to a Found 3/4" Iron Rod being designated as the "POINT OF BEGINNING" and labeled P.O.B.

A-1

EXHIBIT A

ST. JAMES PARISH, LOUISIANA, PROPERTY
LEGAL DESCRIPTION

THE FOLLOWING DESCRIBED LANDS LOCATED IN SECTIONS 10, 11, 21 AND 28 OF TOWNSHIP 11 SOUTH, RANGE 14 EAST, AND SECTIONS 3, 4, 5, 6, 7, 8, 17, 18, 19, 20, 29, 30, 31, 32, 33, 34, 35 AND 36 OF TOWNSHIP 12 SOUTH, RANGE 15 EAST, ST. JAMES PARISH, LOUISIANA, TO-WIT:

A CERTAIN TRACT OF LAND COMPRISING ACADIA PLANTATION AND A PORTION OF WINCHESTER PLANTATION, SITUATED IN THE PARISH OF ST. JAMES, STATE OF LOUISIANA, AND MORE PARTICULARLY DESCRIBED AS FOLLOWS, TO-WIT:

COMMENCING AT A POINT 81 1" DEGREES 13' 54" E, A DISTANCE OF 2,640.0 FEET FROM U.S. C.E. MONUMENT "ACADIA", SAID POINT BEING AT THE INTERSECTION OF THE UPPER OR NORTHERN PROPERTY LINE OF ACADIA, A WINCHESTER PLANTATIONS WITH THE BANK OF THE LOWER OR SOUTHERN PROPERTY LINE OF ST. JAMES BATTURE AND REFUGE, DESIGNATED LT-3 AND BEING THE POINT OF BEGINNING;

THENCE, N 25 DEGREES 45' 31" W ALONG THE WESTERN LINE BETWEEN THE UPPER TWO TRACTS OF THE LOWER LANDS GRANT OF SAID PLANTATIONS, A DISTANCE OF 4,540.0 FEET TO A POINT ON THE NORTHWESTERLY PROPERTY LINE OF THE TEXAS & PACIFIC RAILWAY CO. PROPERTY;

THENCE, N 40 DEGREES 27'54" W ALONG SAID PROPERTY LINE A DISTANCE OF 811.00 FEET TO A POINT ON THE SOUTHWESTERLY PROPERTY LINE OF THE TEXAS & PACIFIC RAILWAY CO. PROPERTY;

THENCE, S 49 DEGREES 32'04" W ALONG SAID PROPERTY LINE BETWEEN A DISTANCE OF 5441.0 FEET TO A PORTION OF THE DIVIDING LINE BETWEEN THE LOWER, WINCHESTER AND THE UPPER TWO TRACTS OF SAID PLANTATION;

THENCE, S 19 DEGREES 45'31" W ALONG SAID DIVIDING LINE A DISTANCE OF 1,443.59 FEET TO A POINT ON THE LOWER BACK PROPERTY LINE;

THENCE, N 41 DEGREES 48'30" W ALONG THE LOWER BACK PROPERTY LINE A DISTANCE OF 1,142.05 FEET TO A POINT;

THENCE, N 41 DEGREES 31'37" W ALONG SAID PROPERTY LINE A DISTANCE OF 2,113.00 FEET TO A POINT ON THE OUTER PROPERTY LINE OF THE UPPER TWO TRACTS OF SAID PLANTATIONS;

THENCE, N 21 DEGREES 47'37" E ALONG THE UPPER PROPERTY LINE OF THE LOWER TWO TRACTS OF SAID PLANTATIONS A DISTANCE OF FEET IN FEET TO A POINT ON THE NORTHERLY RIGHT

A-1

LOW WATER LINE OF THE MISSISSIPPI RIVER AS PER T. BAKER SMITH & SON, INC., DECEMBER, 1973.

THENCE, ALONG SAID MEAN LOW WATER LINE AS FOLLOWS:

S 19 DEGREES 46'27" E, A DISTANCE OF 628.30 FEET TO A POINT,
S 14 DEGREES 39'41" E, A DISTANCE OF 314.19 FEET TO A POINT,
S 19 DEGREES 03'37" E, A DISTANCE OF 563.35 FEET TO A POINT,
S 21 DEGREES 04'21" E, A DISTANCE OF 368.04 FEET TO A POINT,
S 26 DEGREES 46'36" E, A DISTANCE OF 209.19 FEET TO THE POINT OF BEGINNING AND CONTAINING AN AREA OF 1,350.0 ACRES, MORE OR LESS, ALL AS MORE FULLY SHOWN ON A MAP PREPARED BY T. BAKER SMITH & SON, INC. DATED DECEMBER 14, 1973 AND REVISED SEPTEMBER 12, 1974 AND TITLED, "SOUTHDOWN LAND COMPANY SURVEY OF ACADIA & WINCHESTER PLANTATIONS LOCATED IN SECTIONS 13, 14, 17, 23, 39 & 42, T11SR15E AND 4, 5, 6, 8, 9, 34, 35, 37, 38, 39, 40, 41, 42, 71, 72 & 79, T11SR14E, ST. JAMES PARISH, LOUISIANA", A COPY OF WHICH MAP IS ATTACHED TO THAT NOVEMBER 15, 1836 PARTITION BETWEEN SOUTHDOWN LAND COMPANY AND WHITNEY NATIONAL BANK OF NEW ORLEANS RECORDED IN C.O.B. 178, FOLIO 797, ENTRY NO. 43104 OF THE RECORDS OF ST. JAMES PARISH, LOUISIANA, LESS AND EXCEPT PARCEL 6-2 AS DESCRIBED IN THE AUGUST 3, 1959 CONVEYANCE TO STATE OF LOUISIANA DEPARTMENT OF HIGHWAYS RECORDED IN C.O.B. 114, FOLIO 151, ENTRY NO. 12497 OF SAID RECORDS DESCRIBED AS FOLLOWS:

BEING ALL OF THE CAPTIONED PROPERTY LYING WITHIN 150 FEET TO THE LEFT OR NORTHEASTERLY SIDE OF THE SURVEYED CENTERLINE OF STATE PROJECT NO. 63-04-04, EXTENDING FROM ITS NORTHWESTERLY PROPERTY LINE, WHICH INTERSECTS THE SAID CENTERLINE AT HIGHWAY SURVEY STATION 570-62.0 TO ITS SOUTHEASTERLY PROPERTY LINE WHICH INTERSECTS THE SAID CENTERLINE AT HIGHWAY SURVEY STATION 587-37, ALSO INCLUDED HEREIN IS ALL OF THE CAPTIONED PROPERTY LYING TO THE RIGHT OR SOUTHWESTERLY SIDE OF THE SAID CENTERLINE AND BEING MORE PARTICULARLY DESCRIBED, TO-WIT: BEING ALL OF THE CAPTIONED PROPERTY LYING WITHIN 150 FEET TO THE RIGHT, OR SOUTHWESTERLY SIDE OF THE SAID CENTERLINE EXTENDING FROM ITS NORTHWESTERLY PROPERTY LINE, WHICH INTERSECTS THE SAID CENTERLINE AT HIGHWAY SURVEY STATION 570-57.03 TO ITS SOUTHEASTERLY PROPERTY LINE WHICH INTERSECTS THE SAID PROJECT CENTERLINE AT HIGHWAY SURVEY STATION 585-42, AND CONTAINING AN AREA OF 5.04 ACRES, MORE OR LESS, BEING A PORTION OF THE CAPTIONED PROPERTY ACQUIRED BY ACT RECORDED NOVEMBER 21, 1979, IN C.O.B. 174, FOLIO 237 OF THE CONVEYANCE RECORDS OF ST. JAMES PARISH, STATE OF LOUISIANA.

A-2

"EXHIBIT A"

PROPERTY DESCRIPTION

REAL PROPERTY IN THE PARISH OF SAINT JAMES, STATE OF LOUISIANA, DESCRIBED AS FOLLOWS:

THE FOLLOWING DESCRIBED LANDS LOCATED IN SECTIONS 55, 56, 57, 58 AND 59 OF TOWNSHIP, 11 SOUTH, RANGE 15 EAST, AND SECTIONS 5, 6, 7, 8, 9, 24, 25, 27, 40, 41, 32, 39, 77, 78 AND 79 OF TOWNSHIP 12 SOUTH, RANGE 15 EAST, ST. JAMES PARISH, LOUISIANA, TO-WIT:

A CERTAIN TRACT OF LAND COMPRISING ACADIA PLANTATION AND A PORTION OF WINCHESTER PLANTATION, SITUATED IN THE PARISH OF ST. JAMES, STATE OF LOUISIANA, AND MORE PARTICULARLY DESCRIBED AS FOLLOWS, TO-WIT:

COMMENCING AT A POINT N 57 DEGREES 1P12" E, A DISTANCE OF 3,436.43 FEET FROM U.S.C. & G.S MONUMENT "WINCHESTER", SAID POINT BEING AT THE INTERSECTION OF THE DIVISION LINE BETWEEN THE UPPER TWO THIRDS AND THE LOWER ONE THIRD PORTION OF THE COMBINED AREAS OF ACADIA & WINCHESTER PLANTATIONS WITH THE MEAN LOW WATER LINE OF THE MISSISSIPPI RIVER AS PER T BAKER SMITH & SON INC., DECEMBER, 1973 AND BEING THE POINT OF BEGINNING;

THENCE, S 29 DEGREES 44'45" W ALONG THE DIVISION LINE BETWEEN THE UPPER TWO THIRDS AND THE LOWER ONE THIRD OF SAID PLANTATIONS, A DISTANCE OF 9,251.39 FEET TO A POINT ON THE NORTHEASTERLY PROPERTY, LINE OF THE TEXAS & PACIFIC RAILWAY CO. PROPERTY;

THENCE, N 49 DEGREES 27'44" W ALONG SAID PROPERTY LINE A DISTANCE OF 621.97 FEET TO A POINT ON THE NORTHWESTERLY PROPERTY LINE OF THE TEXAS & PACIFIC RAILWAY CO. PROPERTY;

THENCE, S 40 DEGREES 37'16" W ALONG SAID PROPERTY LINE A DISTANCE OF 100 FEET TO A POINT ON THE SOUTHWESTERLY PROPERTY LINE OF THE TEXAS & PACIFIC RAILWAY CO PROPERTY;

THENCE, S 49 DEGREES 27'44" E ALONG SAID PROPERTY LINE A DISTANCE OF 879.61 FEET TO A POINT ON THE DIVISION LINE BETWEEN THE LOWER ONE THIRD AND THE UPPER TWO THIRDS OF SAID PLANTATIONS;

THENCE, S 29 DEGREES 44'45" W ALONG SAID DIVISION LINE A DISTANCE OF 9,461.52 FEET TO A POINT ON THE LOWER BACK PROPERTY LINE;

THENCE, N 61 DEGREES 04'32" W ALONG THE LOWER BACK PROPERTY LINE, A DISTANCE OF 2,894.48 FEET TO A POINT;

THENCE, N 34 DEGREES 59'23" E ALONG SAID PROPERTY LINE A DISTANCE OF 1,370.21 FEET TO A POINT;

THENCE, N 42 DEGREES 29'15" W ALONG SAID PROPERTY LINE A DISTANCE OF 2,311.00 FEET TO A POINT ON THE UPPER PROPERTY LINE OF THE UPPER TWO THIRDS OF SAID PLANTATIONS;

THENCE, N 35 DEGREES 47'45" E ALONG THE UPPER PROPERTY LINE OF THE UPPER TWO THIRDS OF SAID PLANTATIONS A DISTANCE OF

A-1

147.14 FEET TO A POINT ON THE SOUTHERLY MEAN LOW WATER LINE OF THE MISSISSIPPI RIVER, AS PER T. BAKER SMITH & SON, INC, DECEMBER, 1973;

THENCE, ALONG SAID MEAN LOW WATER LINE AS FOLLOWS:

S 29 DEGREES 46'37" E, A DISTANCE OF 103.03 FEET TO A POINT;

S 36 DEGREES 58'01" E, A DISTANCE OF 514.19 FEET TO A POINT;

S 19 DEGREES 05'37" E, A DISTANCE OF 303.19 FEET TO A POINT;

S 11 DEGREES 00'21" E, A DISTANCE OF 230.17 FEET TO THE POINT OF BEGINNING AND CONTAINING AN AREA OF 1,367.07 ACRES, MORE OR LESS, ALL AS MORE FULLY SHOWN ON A MAP PREPARED BY T. BAKER SMITH & SON, INC, DATED DECEMBER 14, 1972 AND REVISED SEPTEMBER 25, 1974 AND TITLED, "SOURDOWN LAND COMPANY SURVEY OF ACREAGE & WOODCHESTER PLANTATIONS LOCATED IN SECTIONS 13, 44, 54, 55, 56, 58 & 65, T11S-R16E AND 4, 4, 5, 14, 24, 26, 27, 32, 33, 38, 42, 43, 45, 77, 78 & 79, T12S-R16E, ST. JAMES PARISH, LOUISIANA", A COPY OF WHICH MAP IS ATTACHED TO THE NOVEMBER 15, 1974 PARTITION BETWEEN SOURDOWN LAND COMPANY AND WHITNEY NATIONAL BANK OF NEW ORLEANS RECORDED IN C.O.B. 75, FOLIO 70, ENTRY NO. 46226 OF THE PARISH OF ST. JAMES PARISH, LOUISIANA, LESS AND EXCEPT ACQUIRED BY LOUISIANA DEPARTMENT OF HIGHWAYS RECORDED IN C.O.B. 316, FOLIO 164, ENTRY NO. 38497 OF SAID RECORDS DESCRIBED AS FOLLOWS:

BEING ALL OF THE CAPTIONED PROPERTY LYING WITHIN 150 FEET TO THE LEFT OR NORTHEASTERLY SIDE OF THE SURVEYED CENTERLINE OF STATE PROJECT NO 052-04, EXTENDING FROM ITS NORTHWESTERLY PROPERTY LINE, WHICH INTERSECTS THE SAID CENTERLINE AT HIGHWAY SURVEY STATION 565+49, ALSO INCLUDED HEREIN IS ALL OF THE CAPTIONED PROPERTY LYING TO THE RIGHT OR SOUTHWESTERLY SIDE OF THE SAID CENTERLINE AND BEING MORE PARTICULARLY DESCRIBED, TO-WIT: BEGIN ALL OF THE CAPTIONED PROPERTY LYING WITHIN 150 FEET TO THE RIGHT, OR SOUTHWESTERLY SIDE OF THE SAID CENTERLINE, EXTENDING FROM ITS NORTHWESTERLY PROPERTY LINE, WHICH INTERSECTS THIS SAID CENTERLINE AT HIGHWAY SURVEY STATION 565+47 TO ITS SOUTHEASTERLY PROPERTY LINE WHICH INTERSECTS THE SAID PROJECT CENTERLINE AT HIGHWAY SURVEY STATION 565+49, BEING A PORTION OF THE CAPTIONED PROPERTY ACQUIRED BY ACT RECORDED NOVEMBER 25, 1974, IN C.O.B. 175, FOLIO 167 OF THE CONVEYANCE RECORDS OF ST. JAMES PARISH, STATE OF LOUISIANA.

A-2

EXHIBIT C
(Description of the Land)

THE FOLLOWING DESCRIBED LANDS LOCATED IN SECTIONS 51, 56, 57, 58 AND 59 OF TOWNSHIP 11 SOUTH, RANGE 15 EAST, AND SECTIONS 5, 6, 7, 8, 9, 34, 35, 36, 42, 43, 24, 25, 72, 73 AND 79 OF TOWNSHIP 12 SOUTH, RANGE 15 EAST, ST. JAMES PARISH, LOUISIANA, TO-WIT:

A CERTAIN TRACT OF LAND CONTAINING ACADIA PLANTATION AND A PORTION OF WINCHESTER PLANTATION, SITUATED IN THE PARISH OF ST. JAMES, STATE OF LOUISIANA, AND MORE PARTICULARLY DESCRIBED AS FOLLOWS, TO-WIT:

COMMENCING AT A POINT N 32 DEGREES 13'1" E, A DISTANCE OF 3,434.42 FEET FROM U.S. C & GS MONUMENT "WINCHESTER", SAID POINT BEING AT THE INTERSECTION OF THE DIVISION LINE BETWEEN THE UPPER TWO THIRDS AND THE LOWER ONE THIRD PORTION OF THE COMBINED AREAS OF ACADIA, A WINCHESTER PLANTATIONS WITH THE MEAN LOW WATER LINE OF THE MISSISSIPPI RIVER, AS PER T. BAKER SMITH & SON INC., DRAWING, 1971 AND BEING THE POINT OF BEGINNING;

THENCE, N 23 DEGREES 44'05" W ALONG THE DIVISION LINE BETWEEN THE UPPER TWO THIRDS AND THE LOWER ONE THIRD OF SAID PLANTATION, A DISTANCE OF 3,103.0 FEET TO A POINT ON THE NORTHWESTERLY PROPERTY LINE OF THE TEXAS & PACIFIC RAILWAY CO. PROPERTY;

THENCE, N 49 DEGREES 23'44" W ALONG SAID PROPERTY LINE A DISTANCE OF 51.57 FEET TO A POINT ON THE NORTHWESTERLY PROPERTY LINE OF THE TEXAS & PACIFIC RAILWAY CO. PROPERTY;

THENCE, N 40 DEGREES 37'15" W ALONG SAID PROPERTY LINE A DISTANCE OF 200 FEET TO A POINT ON THE SOUTHWESTERLY PROPERTY LINE OF THE TEXAS & PACIFIC RAILWAY CO. PROPERTY;

THENCE, S 49 DEGREES 22'44" E ALONG SAID PROPERTY LINE A DISTANCE OF 51.57 FEET TO A POINT ON THE DIVISION LINE BETWEEN THE LOWER ONE THIRD AND THE UPPER TWO THIRDS OF SAID PLANTATIONS;

THENCE, S 23 DEGREES 44'05" W ALONG SAID DIVISION LINE A DISTANCE OF 3,443.3 FEET TO A POINT ON THE LOWER BACK PROPERTY LINE;

THENCE, N 63 DEGREES 04'55" W ALONG THE LOWER BACK PROPERTY LINE, A DISTANCE OF 1,574.48 FEET TO A POINT;

THENCE, N 14 DEGREES 37'15" E ALONG SAID PROPERTY LINE A DISTANCE OF 1,772.21 FEET TO A POINT;

THENCE, N 43 DEGREES 29'15" W ALONG SAID PROPERTY LINE A DISTANCE OF 1,315.0 FEET TO A POINT ON THE UPPER PROPERTY LINE OF THE UPPER TWO THIRDS OF SAID PLANTATIONS;

THENCE, N 12 DEGREES 47'40" E ALONG THE UPPER PROPERTY LINE OF THE UPPER TWO THIRDS OF SAID PLANTATIONS A DISTANCE OF 11,71.24 FEET TO A POINT ON THE SOUTHERLY MEAN LOW WATER LINE OF THE MISSISSIPPI RIVER AS PER T. BAKER SMITH & SON, INC., DRAWING, 1971;

THENCE, ALONG SAID MEAN LOW WATER LINE AS FOLLOWS:

S 29 DEGREES 45'77" E, A DISTANCE OF 822.83 FEET TO A POINT;

S 35 DEGREES 58'4" E A DISTANCE OF 514.19 FEET TO A POINT;

S 39 DEGREES 09'37" E, A DISTANCE OF 511.35 FEET TO A POINT;

S 31 DEGREES 04'31" E, A DISTANCE OF 363.91 FEET TO A POINT;

S 38 DEGREES 07'01" E, A DISTANCE OF 338.19 FEET TO THE POINT OF BEGINNING AND CONTAINING AN AREA OF 1,508.73 ACRES, MORE OR LESS, ALL AS MORE FULLY SHOWN ON A MAP PREPARED BY T. BAKER SMITH & SON, INC. DATED DECEMBER 14, 1973 AND REVISED SEPTEMBER 25, 1974 AND TITLED, "SOUTHDOWN LAND COMPANY SURVEY OF ACADIA & WINCHESTER PLANTATIONS LOCATED IN SECTIONS 55, 56, 57, 58, 59 & 61, T11S-R15E AND 4, 5, 6, 7, 8, 9, 24, 25, 27, 30, 38, 39, 40, 41, 49, 77, 78 & 79, T12S-R15E, ST. JAMES PARISH, LOUISIANA", A COPY OF WHICH MAP IS ATTACHED TO THE NOVEMBER 15, 1974 PARTITION BETWEEN SOUTHDOWN LAND COMPANY AND WHITNEY NATIONAL BANK OF NEW ORLEANS RECORDED IN C.O.B. 173, FOLIO 757, ENTRY NO 40034 OF THE RECORDS OF ST. JAMES PARISH, LOUISIANA, LESS AND EXCEPT PARCEL 6-1 AS DESCRIBED IN THE AUGUST 1, 1979 CONVEYANCE TO STATE OF LOUISIANA DEPARTMENT OF HIGHWAYS RECORDED IN C.O.B. 214, FOLIO 155, ENTRY NO. 51497 OF SAID RECORDS DESCRIBED AS FOLLOWS:

BEING ALL OF THE CAPTIONED PROPERTY LYING WITHIN 150 FEET TO THE LEFT OR NORTHEASTERLY SIDE OF THE SURVEYED CENTERLINE OF STATE PROJECT NO 450-01-05, EXTENDING FROM ITS NORTHWESTERLY PROPERTY LINE, WHICH INTERSECTS THE SAID CENTERLINE AT HIGHWAY SURVEY STATION 320+57.00 TO ITS SOUTHEASTERLY PROPERTY LINE WHICH INTERSECTS THE SAID CENTERLINE AT HIGHWAY SURVEY STATION 363+49; ALSO INCLUDED HEREIN IS ALL OF THE CAPTIONED PROPERTY LYING TO THE RIGHT OR SOUTHWESTERLY SIDE OF THE SAID CENTERLINE AND BEING MORE PARTICULARLY DESCRIBED, TO-WIT: BEING ALL OF THE CAPTIONED PROPERTY LYING WITHIN 150 FEET TO THE RIGHT, OR SOUTHWESTERLY SIDE OF THE SAID CENTERLINE EXTENDING FROM ITS NORTHWESTERLY PROPERTY LINE, WHICH INTERSECTS THE SAID CENTERLINE AT HIGHWAY SURVEY STATION 320+57.00 TO ITS SOUTHEASTERLY PROPERTY LINE WHICH INTERSECTS THE SAID PROJECT CENTERLINE AT HIGHWAY SURVEY STATION 363+49, BEING A PORTION OF THE CAPTIONED PROPERTY ACQUIRED BY ACT RECORDED NOVEMBER 20, 1974, IN C.O.B. 173, FOLIO 337 OF THE CONVEYANCE RECORDS OF ST. JAMES PARISH, STATE OF LOUISIANA.