## SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.

H. PAUL SIMON° 1923-2018
FRANK J. PERAGINE°
GUY W. SMITH°
ROBERT L. REDFEARN
THOMAS R. BLUM
H. BRUCE SHREVES‡‡
JAMES A. BURTON 1947-2019
CHRISTOPHER M. GUIDROZ
DANIEL J. CARUSO
JAY H. KERN
STEVEN A. JACOBSON
HERMAN C. HOFFMANN, JR.
SUSAN B. KOHN
JOHN F. SHREVES ^*‡‡
ROBERT L. REDFEARN, JR.‡×
DENISE C. PUENTE
DOUGLAS W. REDFEARN
DAVID F. BIENVENU
M. DAVIS READY
CHARLES E. RILEY, IV‡
M. CLAIRE DURIO

° PARTNER EMERITUS
^ BOARD CERTIFIED ESTATE PLANNING AND ADMINISTRATION SPECIALIST, CERTIFIED BY LOUISIANA BOARD OF LEGAL SPECIALIZATION
v BOARD CERTIFIED BUSINESS BANKRUPTCY SPECIALIST, CERTIFIED BY THE AMERICAN BOARD OF CERTIFICATION AND LOUISIANA BOARD OF LEGAL SPECIALIZATION

COUNSELORS AT LAW
30TH FLOOR - ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LA 70163-3000

TELEPHONE (504) 569-2030
FACSIMILE (504) 569-2999
WWW.SPSR-LAW.COM

September 21, 2020

DOUGLAS R. KINLER
SUSAN M. CARUSO
JAMES R. GUIDRY
APRIL A. MCQUILLAR**
JOSHUA M. HUDSON
DOUGLASS F. WYNNE, JR.
BENJAMIN R. GRAU×
PETER S. THRIFFILEY, JR.
PATRICK S. GARRITY v
MEGAN S. PETERSON‡
LUKE P. LAROCCA
LOUIS O. OUBRE
KAILE L. MERCURI
JANICE M. CULOTTA
WINDSOR V. RICHMOND
CASIE Z. DAVIDSON
DAVID M. SCHROETER
LACRESHA D. WILKERSON
ALEXANDRA E. CELIO
JOSHUA D. ECUYER

OF COUNSEL
JUDY PERRY MARTINEZ

* ALSO ADMITTED IN COLORADO
** ALSO ADMITTED IN GEORGIA
‡ ALSO ADMITTED IN MISSISSIPPI
‡‡ ALSO ADMITTED IN SOUTH DAKOTA
× ALSO ADMITTED IN TEXAS

**Via Federal Express**
FG LA, LLC
301 Maine Street, Suite 2000
Baton Rouge, Louisiana 70825

**Via Certified Mail**
**Return Receipt Requested**
Coastal Bridge Company, LLC
P.O. Box 14715
Baton Rouge, Louisiana 70898
7019 0700 0000 8700 2027

**Via Federal Express**
Coastal Bridge Company, LLC
4825 Jamestown Ave.
Baton Rouge, Louisiana 70808

**Via Federal Express**
Nationwide Mutual Insurance Company
1 West Nationwide Blvd.
Columbus, Ohio 43215-2220

Re:  Owner:      FG LA, LLC
     Contractor: Coastal Bridge Company, LLC
     Surety:     Nationwide Mutual Insurance Company
     Project:    Bridge Over Union Pacific Railroad, Sunshine Project,
                 St. James Parish, Louisiana
     Claimant:   Volkert, Inc., Bond No. SNN4009205
     Our File No. 49300-023

Dear Sir/Madam:

Our firm represents Volkert, Inc. with regard to the captioned matter. We enclose herein a Statement of Claim and Privilege which has been filed in the mortgage records of St. James Parish asserting a claim and privilege in the principal amount of $692,195.71 plus interest and the costs and attorneys' fees for the preparing and filing of the Statement of Claim and Privilege. Demand is hereby made for the payment of the aforesaid amount.

With best regards, I am

Sincerely,

Jay H. Kern

Enclosure
cc:  Chad Theriot
     Elliot Sharfenberg

00906763-1



EXHIBIT E

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| Sent: | Tuesday, September 22, 2020 9:15 AM |
| To: | Heather Silbernagel |
| Subject: | FedEx Shipment 771585778457: Your package has been delivered |



# Hi. Your package was delivered Tue, 09/22/2020 at 10:09am.

Delivered to 1 NATIONWIDE PLZ DOCK, COLUMBUS, OH 43215
Received by D.BUCKLEY

OBTAIN PROOF OF DELIVERY

| | |
|---|---|
| TRACKING NUMBER | 771585778457 |
| FROM | Simon Peragine Smith & Redfear
1100 Poydras Street
30th Floor - Energy Centre
New Orleans, LA, US, 70163 |

1

| | |
|---|---|
| TO | Nationwide Mutual Insurance Company<br>1 West Nationwide Blvd.<br>COLUMBUS, OH, US, 43215 |
| REFERENCE | 49300-23 |
| SHIPPER REFERENCE | 49300-23 |
| SHIP DATE | Mon 9/21/2020 06:54 PM |
| DELIVERED TO | Mailroom |
| PACKAGING TYPE | FedEx Envelope |
| ORIGIN | New Orleans, LA, US, 70163 |
| DESTINATION | COLUMBUS, OH, US, 43215 |
| NUMBER OF PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 0.50 LB |
| SERVICE TYPE | FedEx Standard Overnight |



## Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

**FOLLOW FEDEX**



✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:14 AM CDT 09/22/2020.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

3

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| Sent: | Tuesday, September 22, 2020 12:57 PM |
| To: | Heather Silbernagel |
| Subject: | FedEx Shipment 771585753795: Your package has been delivered |



# Hi. Your package was delivered Tue, 09/22/2020 at 12:52pm.



Delivered to 4825 JAMESTOWN AVE, BATON ROUGE, LA 70808
Received by B.BRASSEAUX

OBTAIN PROOF OF DELIVERY

| | |
|---|---|
| **TRACKING NUMBER** | 771585753795 |
| **FROM** | Simon Peragine Smith & Redfear |
| | 1100 Poydras Street |
| | 30th Floor - Energy Centre |
| | New Orleans, LA, US, 70163 |

1

| | |
|---|---|
| TO | Coastal Bridge Company, LLC<br>4825 Jamestown Ave.<br>BATON ROUGE, LA, US, 70808 |
| REFERENCE | 49300-23 |
| SHIPPER REFERENCE | 49300-23 |
| SHIP DATE | Mon 9/21/2020 06:54 PM |
| DELIVERED TO | Receptionist/Front Desk |
| PACKAGING TYPE | FedEx Envelope |
| ORIGIN | New Orleans, LA, US, 70163 |
| DESTINATION | BATON ROUGE, LA, US, 70808 |
| NUMBER OF PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 0.50 LB |
| SERVICE TYPE | FedEx Standard Overnight |



Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

LEARN MORE

**FOLLOW FEDEX**



✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:55 PM CDT 09/22/2020.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| Sent: | Tuesday, September 22, 2020 1:12 PM |
| To: | Heather Silbernagel |
| Subject: | FedEx Shipment 771585726806: Your package has been delivered |



# Hi. Your package was delivered Tue, 09/22/2020 at 1:07pm.



Delivered to 301 MAIN ST 2000, BATON ROUGE, LA 70825
Received by M.PARKS

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 771585726806 |
| **FROM** | Simon Peragine Smith & Redfear |
| | 1100 Poydras Street |
| | 30th Floor - Energy Centre |
| | New Orleans, LA, US, 70163 |

1

| | |
|---|---|
| TO | FG LA, LLC |
| | 301 Maine Street, Suite 2000 |
| | BATON ROUGE, LA, US, 70825 |
| REFERENCE | 49300-23 |
| SHIPPER REFERENCE | 49300-23 |
| SHIP DATE | Mon 9/21/2020 06:54 PM |
| DELIVERED TO | Receptionist/Front Desk |
| PACKAGING TYPE | FedEx Envelope |
| ORIGIN | New Orleans, LA, US, 70163 |
| DESTINATION | BATON ROUGE, LA, US, 70825 |
| NUMBER OF PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 0.50 LB |
| SERVICE TYPE | FedEx Standard Overnight |



## Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

LEARN MORE

**FOLLOW FEDEX**



✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:10 PM CDT 09/22/2020.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.