UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VOLKERT, INC.** § | |
| § | **CASE NO: 2:21-cv-00156** |
| **Plaintiff,** § | |
| § | **SECTION M (4)** |
| **VERSUS** § | |
| § | **DISTRICT JUDGE ASHE** |
| § | |
| **NATIONWIDE MUTUAL** § | **MAGISTRATE JUDGE ROBY** |
| **INSURANCE COMPANY AND FG** § | |
| **LA LLC.** § | |
| § | |
| **Defendants.** § | |

## FG LA LLC'S MOTION TO QUASH OR MODIFY SUBPOENA, OR IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER

NOW INTO COURT, through undersigned counsel, comes FG LA LLC ("FG"), a non-party to this litigation, who respectfully moves this Court for an order quashing a subpoena issued to FG by Plaintiff Volkert, Inc. in the above-captioned proceeding for the reasons explained in the attached memorandum.

WHEREFORE, FG prays for the entry of an order quashing the subpoena issued to FG in the above-captioned proceeding.

Respectfully submitted,

*/s/ Christopher D. Cazenave*
Christopher D. Cazenave (La. Bar. 32795)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8408
Facsimile: (504) 589-8408
ccazenave@joneswalker.com
**Counsel for FG LA LLC**

Dated: June 30, 2021.

{AT033454.6}                          1

## CERTIFICATE OF SERVICE

    I hereby certify that, on this 30th day of June 2021, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which provides notice of filing to all counsel of record by electronic means.

                                            */s/ Christopher D. Cazenave*
                                            Christopher D. Cazenave